ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Government and Military Certification | )  ASBCA Nos. 64373, 64374 |
|   Systems, Inc. | ) |
| | ) |
| Under Contract No. W519TC-23-P-2071 | ) |

APPEARANCE FOR THE APPELLANT:     Mr. Leigh A. Brand
                                                                President

APPEARANCES FOR THE GOVERNMENT:     Dana J. Chase, Esq.
                                                                    Army Chief Trial Attorney
                                                                    CPT Amber L. Bunch, JA
                                                                    MAJ Jonathan S. Demille, JA
                                                                    Trial Attorneys

ORDER OF DISMISSAL

The disputes have been settled.  The appeals are dismissed with prejudice.

Dated:  January 28, 2026

OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 64373, 64374, Appeals of Government and Military Certification Systems, Inc., rendered in conformance with the Board's Charter.

Dated:  January 28, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals